IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BAILEY JACKSON, an individual, KIM JACKSON, an individual, and DENNING JACKSON, an individual, | No. CV-11-602-HZ |
| Plaintiffs, | TEMPORARY RESTRAINING ORDER |
| v. | |
| RAINIER SCHOOL DISTRICT No. 13, an Oregon public school; R. MICHAEL CARTER, Superintendent, individually and his official capacity; and RAINIER SCHOOL BOARD, an Oregon public school board, | |
| Defendants. | |

HERNANDEZ, District Judge:

    Based on the record, including the declarations of Kim Jackson and Kevin Brague, I

1 - TEMPORARY RESTRAINING ORDER

conclude that Plaintiffs are entitled to a temporary restraining order pending a hearing on a possible preliminary injunction.  This temporary restraining order is necessary to prevent the irreparable injury from not participating in activities that will only occur once in a lifetime, such as graduation.  From 4:30 p.m. on May 20, 2011 until 5:00 p.m. on May 31, 2011, Defendants are prohibited from taking any action that would prevent Bailey Jackson from completing her senior year of high school as a regularly attending student and to graduate with her peers.  Defendants are ordered to appear in this Court on Tuesday, May 31, 2011, at 2:30 p.m., to show cause why this Court should not issue a preliminary injunction in accordance with this temporary restraining order.  Defendants shall file a brief in response by Thursday, May 26, 2011.  Plaintiffs will be given the opportunity to reply to Defendants' response at the hearing on May 31, 2011.

     IT IS SO ORDERED.

Dated this   20th    day of May, 2011

/s/ Marco A. Hernandez
Marco A. Hernandez
United States District Judge